# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISON

| | | |
|---|---|---|
| In re<br>Branco Dobobrov, | ) | Chapter 7 |
| | ) | |
| | ) | Case Number. 13-15240 |
| | ) | |
| Debtor(s) | ) | Judge Janet S. Baer |
| | ) | |

**REQUEST OF ATLAS ACQUISITIONS**
**FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Atlas Acquisitions LLC, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601
Attn: Avi Schild
Telephone: (888) 762-9889
Facsimile: (201) 546-9377
E-mail: bk@atlasacq.com

Dated: 05/01/2013

By: /s/ Avi Schild
Avi Schild
c/o Atlas Acquisitions LLC
President
294 Union St.
Hackensack, NJ 07601
(888) 762-9889

Assignee Creditor: HSBC Bank Nevada, N.A. [Last four digits of account: 7325]